UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAZMIK SHAKOORIAN,<br><br>      Plaintiff,<br><br>v.<br><br>MERCURY FINANCIAL GROUP, LLC,<br><br>      Defendant. | Case No. 2:25-cv-00671-SB-AGR<br><br>ORDER TO SHOW CAUSE RE SANCTIONS |

    After the Court twice ordered Plaintiff to show cause for lack of prosecution (Dkt. Nos. 11, 24), the parties filed their Joint Rule 26(f) report on May 6, 2025 (Dkt. No. 25). The Joint Rule 26(f) report failed to comply with the scheduling order. Dkt. No. 28. Nonetheless, the Court issued a case management order without a hearing, set a trial date, and ordered the parties to provide a joint report on the status of the case by 9:00 am on June 20, 2025. *Id.* The parties failed to timely file the joint status report.

    Accordingly, the parties are ordered to show cause in writing no later than June 26, 2025 at 9:00 a.m. why they and their counsel should not be subject to sanctions, including monetary sanctions, under Federal Rule of Civil Procedure 16(f) and/or the Court's inherent authority, for failing as ordered to file a joint status report. In the written response, counsel shall state whether they have been sanctioned by any court or agency or been the subject of an OSC for failing to follow any court rule or order. The parties shall also file the joint status report by June 25, 2025 at 9:00 a.m. The OSC will be heard on June 27 at 8:30 a.m.

Date: June 23, 2025

                                         Stanley Blumenfeld, Jr.
                                      United States District Judge