UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAZMIK SHAKOORIAN,<br><br>　　　Plaintiff,<br><br>v.<br><br>MERCURY FINANCIAL LLC,<br><br>　　　Defendant. | Case No. 2:25-cv-00671-SB-AGR<br><br>ORDER TO SHOW CAUSE RE SANCTIONS |

　　　On June 23, 2025, the Court issued an order to show cause (OSC) regarding the parties' failure to timely file a joint status report, to be heard on June 27, 2025, and required the parties to (1) file the joint status report and (2) submit written responses addressing the violation. Dkt. No. 33. On June 24, the parties responded that defense counsel had undergone an emergency medical procedure and requested a 30-day continuance of the hearing to allow for his recovery. Dkt. Nos. 34–36. The Court continued the hearing to July 25 and ordered the parties to file a joint status report by July 18. Dkt. No. 37. The parties neither filed a joint status report nor appeared at the July 25 hearing, as ordered.

　　　Accordingly, the Court continues the OSC to August 8, 2025. The parties and their counsel are additionally ordered to show cause at the hearing why the Court should not impose monetary or other sanctions under Federal Rule of Civil Procedure 16(f) and the Court's inherent authority for violating a court order and failing to appear. *See* Fed. R. Civ. P. 16(f) (permitting sanctions where a party "fails to obey a scheduling or other pretrial order" or "fails to appear at a scheduling or other pretrial conference"). Sanctions under consideration include dismissal of this action for lack of prosecution or striking the answer and entering default.

By August 1, 2025, (1) each party shall file a declaration addressing the above-described violations, and (2) the parties shall jointly file a report of the status of the case.

Date: July 28, 2025

Stanley Blumenfeld, Jr.
United States District Judge