JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAZMIK SHAKOORIAN,<br><br>     Plaintiff,<br><br>v.<br><br>MERCURY FINANCIAL LLC,<br><br>     Defendant | Case No. 2:25-00671-SB-AGR<br><br>ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE |

     On August 4, 2025 the parties filed a notice of settlement stating that the dispute has been resolved and a stipulation to dismiss the case with prejudice. Dkt. Nos. 44, 45. The Court grants the stipulation. This action is dismissed in its entirety with prejudice.

Date: August 6, 2025

                                                  Stanley Blumenfeld, Jr.
                                           United States District Judge