JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RAZMIK SHAKOORIAN,<br><br>    Plaintiff,<br><br>v.<br><br>MERCURY FINANCIAL LLC,<br><br>    Defendant. | Case No. 2:25-cv-00671-SB-AGR<br><br><br>FINAL JUDGMENT |

For the reasons stated in the separate order dismissing this case entered this day, Plaintiff's claims are dismissed with prejudice.

This is a final judgment

Date: August 6, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1